IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KASEEM PATTERSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DEPUTY SHERIFF | : | |
| JOSEPH HEFFERNAN, et al. | : | NO. 21-5398 |

## **O R D E R**

AND NOW, this   12th   day of June, 2024, upon consideration of Defendant Deputy Heffernan's Motion to Dismiss (Doc. 60), the Response (Doc. 62), Reply (Doc. 63), and after reviewing the Second Amended Complaint (Doc. 26), Judge Lloret's Order, (Doc. 53), and the Summons issued by the Court (Doc. 54), IT IS HEREBY ORDERED that the Motion to DISMISS IS DENIED.

IT IS FURTHER ORDERED that:

1. The Clerk of Court is directed to reissue the summons as to Defendant Heffernan, and

2. Plaintiff shall properly serve Defendant Deputy Heffernan with the Second Amended Complaint within 21 days of this Order.

BY THE COURT:

/s/ Elizabeth T. Hey
_____
ELIZABETH T. HEY, U.S.M.J.