IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KASEEM PATTERSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DEPUTY SHERIFF | : | |
| JOSEPH HEFFERNAN, et al. | : | NO.  21-5398 |

## **O R D E R**

AND NOW, this   12th   day of September, 2024, upon consideration of Defendant Deputy Heffernan's Motion to Dismiss (Doc. 79), the Response (Doc. 83), and Reply (Doc. 84) as well as briefing on the rule to show cause (Docs. 80 & 81),  IT IS HEREBY ORDERED that the Motion to DISMISS IS GRANTED.  Because Defendant Deputy Heffernan is the only remaining defendant, the ACTION IS DISMISSED with prejudice.  IT IS FURTHER ORDERED that the Motions to Compel Deposition (Doc. 73) and to Strike (Doc. 74) are DISMISSED AS MOOT.  The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Elizabeth T. Hey
_____
ELIZABETH T. HEY, U.S.M.J.